IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONTAGE BUILDERS, LLC, a Nebraska limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>MCDONALD'S USA LLC, a Delaware limited liability company,<br><br>    Defendant. | 8:25CV193<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  IT IS SO ORDERED.

  Dated this 6th day of May 2025.

                BY THE COURT

                *Robert F. Rossiter, Jr.*

                Robert F. Rossiter, Jr.
                Chief United States District Judge