IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONTAGE BUILDERS, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>MCDONALD'S USA LLC, a Delaware limited liability company;<br><br>Defendant. | 8:25CV193<br><br>PROTECTIVE ORDER |

The parties agreed to be bound by the stipulated protective order entered in the Nebraska State District Court case CI 22-2661, attached hereto as Exhibit 1. Accordingly, they are bound by the same terms in this case. However, the parties are directed to file any confidential information as "Restricted" rather than "Sealed" pursuant to NECivR 5.3.

Dated this 9th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge