IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONTAGE BUILDERS, LLC, a Nebraska limited liability company;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MCDONALD'S USA LLC, a Delaware limited liability company;<br><br>　　　　　Defendant. | **8:25CV193**<br><br>**ORDER OF DISMISSAL** |

　　This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Filing No. 28). The Court, being advised in the premises, finds that such an Order is proper.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

　　Dated this 28th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge